## CATHARINE CAMPAU, GUARDIAN OF THERESE CAMPAU, AN INFANT

v.

## CHARLES POUPARD, DIT LAFLEUR

1811

### Journal Entries

1. Rule to appear . . . . . . . . . . *Journal, infra,* *p. 367
2. Judgment . . . . . . . . . . . . . " 390
3. Satisfaction acknowledged . . . . . . . . . " 390

### Papers in File

1. Copy of J. P. record . . . . . . . . . . *Printed in Vol. 2*

## JAMES MAY

v.

## ALEXIS SERAT, DIT COQUILLARD

1811

### Journal Entries

1. Nolle prosequi . . . . . . . . . . *Journal, infra,* *p. 368
2. Witness fees ordered paid . . . . . . . . . " 368

### Papers in File

[None]